## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re:
COMERXIA, INC. DELAWARE CORP.
                Debtor(s)

Case No. 06-13886 RBR

Chapter 7

## AMMENDED FINAL APPLICATION FOR COMPENSATION FOR TRUSTEE

The application of Kenneth A. Welt respectfully represents that he was duly appointed Trustee in the above styled cause and that in the course of his administration as such Trustee, he has disbursed or turned over monies and property in the amount of **$1,548,375.54**.

WHEREFORE, your Trustee requests this Court to allow him the maximum statutory fee in the amount of **$67,921.07** less interim payments of **$59,339.75** equals **$8,581.32** plus expenses of **$269.93** for a total of **$8,851.25**

                                **KENNETH A. WELT, Trustee**

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME the undersigned authority, personally appeared **KENNETH A. WELT** who deposes and says that the allegations of the foregoing application are true and that no agreement or understanding exists between the applicant and any other person for the division of compensation.
    **SWORN AND SUBSCRIBED BEFORE ME on .**

Notary Public - State of Florida
I.D.: In Person Appearance
My Commission Expires:



SABRINA MANGROO
MY COMMISSION # DD908076
EXPIRES July 15, 2013
(407) 398-0153    FloridaNotaryService.com

# Expense Worksheet
### Period: 01/01/00 - 09/09/10
### Trustee: KENNETH A. WELT (290240)

| Case Number: | 06-13886 | Case Name: | COMERXIA, INC. DELAWARE CORP. |
|---|---|---|---|
| Case Type: | Assets | Judge: | RAYMOND B RAY |
| Petition Date: | 08/16/06 | 341a Meeting: | 10/20/06  09:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/26/08 | Fedex- Courier 5/21/07 professional payment DE# 245 | 1.00 | $18.170 | $18.17 |
| 11/21/08 | Notice of Abandonment Documents | 111.00 | $0.420 | $46.62 |
| 01/19/10 | Objections to claims<br>Orders on Objections to claims | 14.00 | $0.740 | $10.36 |
| 01/28/10 | Withdrawn objection to claim | 2.00 | $0.740 | $1.48 |
| 06/15/10 | Final Distribution | 40.00 | $0.490 | $19.60 |
| 06/23/10 | Fedex Courier 10/22/07 Professional payment DE# 325 | 1.00 | $17.950 | $17.95 |
| 06/23/10 | Fedex Courier 6/25/08 Professional payment DE# 395 | 1.00 | $17.950 | $17.95 |
| 06/23/10 | NFR | 135.00 | $0.740 | $99.90 |
| 06/28/10 | Signed Sealed Document to per order 11/14/07 Contingency Fee Syncom Settlement CP# 357 | 1.00 | $19.950 | $19.95 |
| 06/28/10 | Check for per order 11/14/07 Contingency Fee Syncom Settlement CP# 357 | 1.00 | $17.950 | $17.95 |

|  |  |
|---|---|
| Total for case  06-13886: | $269.93 |

|  |  |
|---|---|
| Grand Total: | $269.93 |

Printed: 09/13/10 03:42 PM

# Trustee's Compensation

Debtor: COMERXIA, INC. DELAWARE CORP.          Case: 06-13886

| Computation of Compensation | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 1,548,375.54 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 950,000.00 | = | 47,500.00 |
| 3% of Balance | 548,375.54 | = | 16,451.27 |
| | Calculated Total Compensation: | | $69,701.27 |
| | Plus Adjustment: | | 0.00 |
| | Total Compensation: | | $69,701.27 |
| | Less Previously Paid: | | 59,339.75 |
| | Total Compensation Requested: | | $10,361.52 |

| Trustee Expenses | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 196.26 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 19.60 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 54.07 |
| Other Expenses 2 | | 0.00 |
| | Subtotal Expenses: | $269.93 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $269.93 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $269.93 |