Printed: 04/21/11 03:23 PM

# Stale Check Report

Page: 1

**Trustee:** KENNETH A. WELT (290240)
**Case:** 06-13886 - COMERXIA, INC. DELAWARE CORP.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-0089611-66 | 10188 | 04/21/11 | United States Bankruptcy Court | | | $1,744.83 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-0089611-66 | 33 | 10146 | 11/17/06 | 610 | Rivergate Associates LLC<br>1635 SE 8th Avenue<br>Deerfield Beach, FL 33441 | 16,385.14 | 16,385.14 | 1,744.83 | 1,744.83 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

2011 AUG 22 PM 3:40

U.S. BANKRUPTCY CT.
SD OF FLA.
FTL-OFFICE

Kenneth A. Welt
1844 N Nob Hill Road, #615
Plantation, FL  33322-6548
Tel (954) 889-3403 ext. 106
Fax (954) 530-3080

August 19, 2011

Office of the Clerk
U.S. Bankruptcy Court
299 E. Broward Blvd.
Suite #1112
Fort Lauderdale, Florida 33301

Dear Clerk:

Please deposit these unclaimed funds from Claim #33 from case 06-13886 Comerxia, Inc. Delaware Corp. with the Bankruptcy Court.

Rivergate Associates, LLC
1635 SE 8th Avenue
Deerfield Beach, Fl 33441

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
AUG 2 2
FILED ______ RECEIVED

Sincerely,

Gail Karson

Assistant to Kenneth A. Welt, Trustee
1776 N Pine Island Road
Suite # 102
Plantation Florida 33322

Phone: 954 889-3403 x 109
Fax: 954 530-3080

Enclosures

Summary report
Check